# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL P. RILEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Case No. CIV-24-1325-D |
| DAVID LOUTHAN, | ) ) ) |
| Respondent. | ) ) |

## ORDER

Before the Court are Petitioner's Applications for Leave to Proceed In Forma Pauperis [Doc. Nos. 3, 8]. On January 21, 2025, the assigned magistrate judge issued a Report and Recommendation [Doc. No. 9], recommending that Petitioner's IFP applications be denied. Thereafter, Petitioner paid the filing fee in full [Doc. No. 10]. Accordingly, the Court **DENIES** Petitioner's Applications for Leave to Proceed In Forma Pauperis [Doc. Nos. 3, 8] as **MOOT**.

**IT IS SO ORDERED** this 13th day of February, 2025.

TIMOTHY D. DeGIUSTI
Chief United States District Judge