**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| MICHAEL P. RILEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-24-1325-D |
| | ) | |
| DAVID LOUTHAN, | ) | |
| | ) | |
| Respondent. | ) | |

**ORDER**

Before the Court is Petitioner Michael P. Riley's Motion for Certificate of Appealability [Doc. No. 23], and Motion for Leave to Appeal *in forma pauperis* ("IFP") [Doc. No. 24]. Petitioner, who appears *pro se*, seeks to appeal IFP from the Judgment entered July 28, 2025 [Doc. Nos. 21, 22], and requests the Court issue a certificate of appealability. [Doc. No. 23].

On July 28, 2025, the Court denied Petitioner a certificate of appealability. [Doc. Nos. 21, 22]. Accordingly, Petitioner's Motion for Certificate of Appealability [Doc. No. 23] is **DENIED AS MOOT**.

Moreover, to the extent that Petitioner's Motion for Certificate of Appealability [Doc. No. 23] should be construed as a motion to reconsider the Court's denial of a certificate of appealability, the Motion is **DENIED** because the Court finds that he has not presented a sufficient basis for the Court to reconsider its decision.

Petitioner also requests the Court grant him leave to proceed on appeal without prepayment of costs or fees. [Doc. No. 24]. To proceed *in forma pauperis* on appeal,

Petitioner must satisfy the requirements of 28 U.S.C. § 1915(a)(1) and (a)(3). "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. § 1915(a)(3). "Thus, in order to succeed on a motion to proceed IFP, the movant must show a financial inability to pay the required filing fees, as well as the existence of a reasoned, nonfrivolous argument on the law and facts in support of the issues raised in the action." *Lister v. Dep't of Treasury*, 408 F.3d 1309, 1312 (10th Cir. 2005); *see Watkins v. Leyba*, 543 F.3d 624, 627 (10th Cir. 2008).

Upon review of Petitioner's Motion and the case record, the Court finds that Petitioner has not made the necessary showing to proceed IFP on appeal. Accordingly, Petitioner's Motion [Doc. No. 24] is **DENIED**.

**IT IS SO ORDERED** this 3rd day of August, 2026.

TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE